In the Matter of SALIE GREEN, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, et al., Constituting the Prison Board of Great Meadow Prison, Respondents.—

Present —
Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.